

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00198-CR

_____

EX PARTE: NIJINSKI TYWON MURPHY

Original Habeas Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# M E M O R A N D U M   O P I N I O N

Nijinski Tywon Murphy has filed a petition with this Court asking us to grant him habeas corpus relief and release him from custody. Murphy is currently before this Court in a separate appeal from the conviction for which he seeks habeas relief.

The authority to grant habeas relief is granted by Article 11.05 of the Texas Code of Criminal Procedure. TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005). It specifies that the Texas Court of Criminal Appeals, district courts, county courts, or any judge of those courts have the power to issue the writ of habeas corpus. Notably absent from that list are the Texas Courts of Appeals and the justices of those Courts of Appeals. The habeas jurisdiction of this Court is extremely narrow and does not include criminal cases. TEX. GOV'T CODE ANN. § 22.221 (West 2004). We have no jurisdiction over this proceeding.

We dismiss the petition for want of jurisdiction.

Bailey C. Moseley
Justice

Date Submitted:     September 10, 2013
Date Decided:       September 11, 2013

Do Not Publish

2